James E. Cecchi
CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700

Attorneys for Plaintiff

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| AHMED CHAUDHRY, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>     vs.<br><br>BLUE APRON HOLDINGS, INC., et al.,<br><br>               Defendants. | No. 2:17-cv-06295-KM-JBC<br><br><u>CLASS ACTION</u> |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Ahmed Chaudhry, who hereby dismisses WITHOUT PREJUDICE all of the claims in the above-entitled and numbered cause, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). No answers have been filed by Defendants into the record of this matter.

- 1 -

DATED:  December 19, 2017            CARELLA, BYRNE, CECCHI, OLSTEIN,
                                                                           BRODY & AGNELLO, P.C.

                                                                     *s/ James E. Cecchi*
                                                                     JAMES E. CECCHI

5 Becker Farm Road
Roseland, NJ  07068
Telephone:  973/994-1700
973/994-1744 (fax)
jcecchi@carellabyrne.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARY K. BLASY
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mblasy@rgrdlaw.com

HOLZER & HOLZER, LLC
COREY D. HOLZER
MARSHALL DEES
1200 Ashwood Parkway, Suite 410
Atlanta, GA  30338
Telephone:  770/392-0090
770/392-0029 (fax)
cholzer@holzerlaw.com
mdees@holzerlaw.com

Attorneys for Plaintiff

- 3 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 19th day of December, 2017, the above and foregoing Notice of Voluntary Dismissal Without Prejudice was filed electronically and is available for viewing through this Court's ECF system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.

*s/ James E. Cecchi*
JAMES E. CECCHI
